Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-13161

**Caption:**

Linda Medley,
    Plaintiff-Appellee,

v.

Dish Network, LLC,
    Defendant-Appellant

District and Division: Middle District of Florida
Name of Judge: Charlene Edwards Honeywell
Nature of Suit: 890 Other Statutory Actions
Date Complaint Filed: August 31, 2016
District Court Docket Number: 8:16-cv-02534-CEH-CPT
Date Notice of Appeal Filed: September 22, 2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☑ Yes   ☐ No
If Yes, provide
(a) Caption: Linda Medley v. Dish Network, LLC
(b) Citation: _____
(c) Docket Number: 18-13841

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Eric Larson Zalud | 127 Public Square<br>Suite 4900<br>Cleveland, OH 44114 | (216) 363-4500<br>(216) 363-4588<br>ezalud@beneschlaw.com |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Ian R. Leavengood | 3900 First Street North<br>Suite 1000<br>St. Petersburg, FL 33703 | (727) 327-3328<br>(727) 327-3305<br>ileavengood@leavenlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☑ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ 10,000,.00<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ 234,750.00<br>to Plaintiff<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent    ☐ Denied |

Page 2                                                                                  11th Circuit Docket Number: __23-13161__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name/Statute  Florida Consumer Collection Practices Act, Chapter 559
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    1. The district court erred in denying DISH's motion for remittitur and renewed motion for judgment as a matter of law on punitive damages.
    2. The district erred in denying DISH's renewed motion for judgment as a matter of law on the issue of emotional distress damages.
    3. The district court erred in denying DISH's motions in limine.
    4. The district court erred in denying DISH's renewed motion for judgment as a matter of law on liability.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __10th__ DAY OF __October__, __2023__.

__Eric Larson Zalud__                                           __/s/ Eric Larson Zalud__
NAME OF COUNSEL (Print)                                         SIGNATURE OF COUNSEL