UNITED STATES COURT OF APPEALS CASE NO. 21-13161

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

LINDA MEDLEY,

*Plaintiff and Appellee*

v.

DISH NETWORK LLC,

*Defendant and Appellant.*

---

APPELLANT DISH NETWORK LLC'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

On Appeal From The United States District Court
For The Middle District of Florida
District Court Case No. 8:16-cv-02534-CEH-CPT

---

ERIC LARSON ZALUD
MARK D. TUCKER
DAVID M. KRUEGER
LAURA E. KOGAN
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
216-363-4500 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
lkogan@beneschlaw.com

*Attorneys for Appellee DISH Network LLC*

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1, Defendant/Appellant DISH Network LLC ("DISH") submits its Certificate of Interested Persons and Corporate Disclosure Statement:

- Benesch Friedlander Coplan & Aronoff LLP
- Michael J. Boyle, Esq.
- DISH Network LLC. DISH Network LLC is a wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. DISH DBS Corporation is a wholly-owned subsidiary of DISH Orbital Corporation. DISH Orbital Corporation is a wholly-owned subsidiary of DISH Network Corporation, a corporation with publicly traded debt. DISH Network Corporation is a publicly traded company (NASDAQ: DISH), and is the ultimate parent of DISH.
- GrayRobinson, P.A.
- Roy S. Kobert, Esq.
- Laura E. Kogan, Esq.
- David M. Krueger, Esq.
- Ian R. Leavengood, Esq.
- LEAVENLAW
- Gregory H. Lercher, Esq.
- Sean E. McEleney, Esq.
- Linda Medley
- Philip M. Piazza, Esq.
- Josef Rosen, Esq.
- Charles M. Schropp, Esq.
- Schropp Law Firm, PA
- Sara W. Severini, Esq.

- Aaron M. Swift, Esq.
- Swift Isringhaus & Dubbeld PA
- Traub Lieberman Straus & Shrewsberry, LLP
- Mark D. Tucker, Esq.
- Eric L. Zalud, Esq.

|  |  |
|---|---|
| Dated:  October 10, 2023 | /s/ Eric Larson Zalud<br>ERIC LARSON ZALUD (*Pro Hac Vice*)<br>DAVID M. KRUEGER (*Pro Hac Vice*)<br>LAURA E. KOGAN (*Pro Hac Vice*)<br>Benesch Friedlander Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>216-363-4500 Telephone<br>216-363-4588 Facsimile<br>ezalud@beneschlaw.com<br>dkrueger@beneschlaw.com<br>lkogan@beneschlaw.com<br><br>*Attorneys for Appellant DISH Network LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, a true and correct copy of the foregoing APPELLANT DISH NETWORK LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed electronically with the Clerk of Court via the appellate CM/ECF system, which will electronically serve all counsel of record via transmission of a Notice of Electronic Filing.

/s/ *Eric Larson Zalud*
*Counsel for Appellee DISH Network LLC*